**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| CARRIE A. CANSLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| PEOPLEREADY, INC., (A wholly-owned ) | |
| subsidiary of TrueBlue, Inc.), ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff, Carrie A. Cansler, is a resident of Allen County in the state of Indiana. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission, No. 470-2020-00894 on or about December 10, 2019, a copy of which is attached hereto and made apart hereof as Exhibit A. The EEOC issued a Notice of Right to Sue on or about August 13, 2020 (Exhibit B). This Complaint has been filed within ninety (90) days after receipt thereof.

2. The Defendant PeopleReady, Inc., is a wholly-owned subsidiary of TrueBlue, Inc. PeopleReady is in the business of finding employment for temporary workers and dispatching them to a variety of customers in various industries. PeopleReady Inc., is locally located at 3968 West Jefferson Blvd., Fort Wayne, Indiana 46804; it's Registered Agent is Corporation Service Company whose address is 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204; its corporate headquarters is believed to be at 1015 A Street, Tacoma, Washington, 98402.

1

PeopleReady is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) et seq., ("Title VII").

3. Plaintiff Carrie A. Cansler, a female, was employed by/through Defendant PeopleReady, Inc., from about March 5, 2019 to around June 25, 2019 at which time she was constructively discharged because the conditions of the sexual harassment/hostile work environment making her job so hellish that she had no other choice but to resign.

4. Plaintiff experienced a sexually hostile work environment from a co-employee with whom she carpooled as set forth in the factual allegations contained in her Charge of Discrimination No. 470-2020-00894.  The offending employee made sexually suggestive verbal comments that were inappropriate, including commenting about her "boobs/titties", and asking whether her piercings made her good at "sucking d--k" and he hugged the Plaintiff to which she objected because it made her feel uncomfortable and violated her person space.  He also would stare at the Plaintiff inappropriately and would constantly try to make "sexual" conversation with the Plaintiff.   Plaintiff complained to PeopleReady which did nothing to correct or remedy the situation -- other than stop Plaintiff from working.

5. Plaintiff complained but the offending/harassing employee received no discipline or punishment, and the offending employee continued to be assigned to the same employer (P&G) as the Plaintiff.   In fact, Plaintiff stopped being assigned to P&G by the Defendant, and overall, her job assignments were decreased such that she was constructively discharged by the Defendant.

6. Plaintiff complained to her Supervisor at P&G, and that Supervisor told her to go to PeopleReady. Plaintiff did complain to management personnel at PeopleReady, and PeopleReady, in effect, punished her by not allowing her to ride with the offending employee and by not hiring her anymore for temporary work -- PeopleReady retaliated against the Plaintiff by stopping giving her jobs. On the other hand, PeopleReady let the offending employee to continue to work. Plaintiff last worked for PeopleReady in late June or early July 2019.

7. The actions of PeopleReady were intentional and in reckless disregard of Plaintiff's federally protected civil rights under Title VII.

8. As a result of the hostile work environment and sexual harassment, Plaintiff lost her job and job-related benefits including income; Plaintiff was retaliated against and treated differently than the similarly situated male who harassed her in that he was allowed to keep his jobs with PeopleReady, but Plaintiff was told that she could no longer ride with the offending employee and she was not given jobs at PeopleReady.

9. Plaintiff requests compensatory damages for mental anguish, emotional distress, financial distress, humiliation, embarrassment, and other damages and injuries. Plaintiff also seeks punitive damages against Defendant.

WHEREFORE, Plaintiff, prays for judgment against the Defendant, for backpay, front pay, compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## **JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
Email: cmyers@myers-law.com;